1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH STONEBURNER,

    Plaintiff,

    vs.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Civil No. 3:20-CV-05610-RAJ

~~PROPOSED~~ ORDER

16

17

18

19

20

21

22

23

24

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date

shall be amended as follows:

Defendant shall have up to and including November 27, 2020, to file a response to

Plaintiff's Complaint, including the certified administrative record. The certified

administrative record shall be filed within ten days of its availability to the Office of the

General Counsel, if it can be filed earlier than the aforementioned date.

Page 1      ~~PROPOSED~~ ORDER - [3:20-CV-05610-RAJ]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

      If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

      Dated this 2nd day of November, 2020.

_____

The Honorable Richard A. Jones
United States District Judge