UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH STONEBURNER,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 3:20-CV-05610-RAJ<br><br><br><br>~~PROPOSED~~ ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including but not limited to the following: the Administrative Law Judge will reevaluate the opinions of Dr. Rinehart and Ms. Maher; further evaluate and consider the nature and severity of Plaintiff's alcohol abuse during the period at issue; as necessary, reassess Plaintiff's residual functional capacity; and obtain vocational expert evidence. If Plaintiff

Page 1       ~~PROPOSED~~ ORDER - [3:20-CV-05610-RAJ]

is found disabled, conduct the evaluation of materiality of his alcohol abuse (Social Security Ruling 13-2p).

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 29th day of March, 2021.

_____
The Honorable Richard A. Jones
United States District Judge